# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

MICHAEL C. BODIKER,

    Petitioner,

vs.                                           CASE NO. 1:09CV14-MMP/AK

STATE OF FLORIDA,

    Respondent.

                                  /

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Michael C. Bodiker. Petitioner is currently incarcerated at Santa Rosa Correctional Institution, Milton, Florida, and challenges his conviction out of the Circuit Court of Sarasota County, Florida. Jurisdiction is therefore appropriate in either this district[1] or in the United States District Court for the Middle District of

---

[1]Petitioner has filed this action in the wrong division point for this District, as it should have been filed in the Pensacola Division. Rule 3.1(C) of the Local Rules for the Northern District of Florida provides that a case in which venue properly lies in this district may be transferred to another division by order of the Court. However, because the undersigned is recommending that this case be transferred to another United States District Court, it would be a waste of judicial resources to effect an intradistrict transfer.

Florida, as the districts of confinement and conviction, respectively. 28 U.S.C. § 2241(d).

The district of conviction would appear to be the most convenient for witnesses should an evidentiary hearing be necessary, and therefore, transfer of this cause to the Middle District is appropriate. Mitchell v. Henderson, 432 F.2d 435, 436 (5th Cir. 1970) (division of conviction, where witnesses were located, was appropriate venue over division of confinement in challenge to conviction); Parker v. Singletary, 974 F.2d 1562, 1582, n. 118 (11th Cir. 1992) (courts should give careful consideration to convenience of witnesses in transferring habeas corpus petitions under § 2241(d)).

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this _21st_ day of January, 2009.

*s/ ALLAN KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**